# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY MCKINLEY,

    Petitioner,

vs.

STATE OF NEVADA and WARDEN ROBERT LEGRAND,

    Respondents.

Case No. 2:12-cv-01090-APG-NJK

**ORDER**

    Before the court are petitioner's motion for discovery (#26) and respondents' response (#32). Respondents state that the documents petitioner requests have been provided to him, making the motion moot. Petitioner has not filed a reply or otherwise contested respondents' statement.

    IT IS THEREFORE ORDERED that petitioner's motion for discovery (#26) is **DENIED** as moot.

DATED: February 2, 2015.

                                                      ANDREW P. GORDON
                                                      United States District Judge