UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY MCKINLEY, | Case No. 2:12-cv-01090-APG-NJK |
| Petitioner | **Order** |
| v. | |
| WARDEN ROBERT LEGRAND, | |
| Respondent. | |

On April 29, 2025, I denied Petitioner Gary McKinley's motion for the appointment of counsel and for relief from the Judgment. ECF No. 48.  However, McKinley has filed a notice that his prior counsel, Cal J. Potter, III, who has passed away, is still listed on the docket as the party to receive the Notices of Electronic Filing in this matter on his behalf. ECF No. 47.  As such, I kindly request that the Clerk of the Court remove Mr. Potter as counsel on the docket and send a courtesy copy of my prior Order directly to McKinley.

I THEREFORE ORDER that the Clerk of the Court kindly (1) remove Cal J. Potter, III as counsel for McKinley from the docket and (2) resend my prior Order [ECF No. 48] directly to McKinley at the Lovelock Correctional Center.

DATED this 29th day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE